Teresa C. Chow (SBN 237694)
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859

Casie D. Collignon (Admitted *Pro Hac Vice*)
*ccollignon@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

*Attorneys for Defendant*
*TSC Acquisition Corp. d/b/a TruConnect*

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: TRUCONNECT DATA BREACH LITIGATION*<br><br>This Document Relates To: All Actions. | Case No.: 2:23-cv-01377-SVW-PD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]**<br><br>Trial Date:          April 5, 2025<br>Pretrial Conference: March 24, 2025 |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | M. Anderson Berry (SBN 262879)                                  |
| 2  | *aberry@justice4you.com*                                        |
|    | Gregory Haroutunian (SBN 330263)                                |
| 3  | *gharoutunian@justice4you.com*                                  |
| 4  | **CLAYEO C. ARNOLD,**                                           |
|    | **A PROFESSIONAL CORPORATION**                                  |
| 5  | 12100 Wilshire Blvd., 8th floor                                 |
| 6  | Los Angeles, CA 90025                                           |
|    | Telephone:  916.239.4778                                        |
| 7  | Facsimile    916.924.1829                                       |
| 8  | Patrick A. Barthle II (Admitted *pro hac vice*)                 |
| 9  | Florida Bar No. 99286                                           |
|    | *pbarthle@ForThePeople.com*                                     |
| 10 | **MORGAN & MORGAN**                                             |
| 11 | **COMPLEX LITIGATION GROUP**                                    |
|    | 201 N. Franklin Street, 7th Floor                               |
| 12 | Tampa, Florida 33602                                            |
| 13 | Telephone:  813.229.4023                                        |
|    | Facsimile:   813.222.4708                                       |
| 14 |                                                                 |
| 15 | Ryan D. Maxey (Admitted *pro hac vice*)                         |
|    | *ryan@maxeyfirm.com*                                            |
| 16 | **MAXEY LAW FIRM, P.A.**                                        |
| 17 | 107 N. 11th St. #402                                            |
|    | Tampa, FL 33602                                                 |
| 18 | Telephone:  813.448.1125                                        |
| 19 |                                                                 |
|    | John J. Nelson (SBN 317598)                                     |
| 20 | *jnelson@milberg.com*                                           |
|    | **MILBERG COLEMAN BRYSON**                                      |
| 21 | **PHILLIPS GROSSMAN, PLLC**                                     |
| 22 | 280 S. Beverly Drive                                            |
|    | Beverly Hills, CA 90212                                         |
| 23 | Telephone:  858.209.6941                                        |
|    | Facsimile:   865.522.0049                                       |
| 24 |                                                                 |
| 25 | *Attorneys for Plaintiffs and the Proposed Class*               |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Samantha Landon and Michael Kimberling (collectively, "Plaintiffs") and defendant TSC Acquisition Corp. d/b/a TruConnect ("TSC," and together with Plaintiffs, the "Parties"), by and through the Parties' respective undersigned counsel of record, that the above-captioned action is voluntarily DISMISSED, with prejudice as to Plaintiffs' individual claims against TSC, and without prejudice as to the putative class claims against TSC.[1]

IT IS SO STIPULATED

Dated: January 24, 2025               By: */s/ Teresa C. Chow*
                                         Teresa C. Chow
                                         **BAKER & HOSTETLER LLP**
                                         *Attorneys for Defendant*

Dated: January 24, 2025               By: */s/ M. Anderson Berry*
                                         M. Anderson Berry
                                         **ARNOLD LAW FIRM**
                                         Attorneys for Plaintiffs

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document, Teresa C. Chow, attests that all other signatories listed, and on whose behalf this filing is being submitted, concur in the filing's content and have authorized this filing.

Dated: January 24, 2025               By: */s/ Teresa C. Chow*
                                         Teresa C. Chow

---

[1] The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the dismissal of the Action, because the putative class members have not been certified as a class and this stipulated dismissal does not prejudice any of their claims.